**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-7893**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JOSE ELMER DIAZ D'CAMPO,

Defendant - Appellant.

---

Appeal from the United States District Court for the District of South Carolina, at Charleston. Falcon B. Hawkins, Chief District Judge. (CR-90-232, CA-96-123-2-11)

---

Submitted: May 15, 1997          Decided: May 28, 1997

---

Before RUSSELL, HALL, and HAMILTON, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Jose Elmer Diaz D'Campo, Appellant Pro Se. Robert Hayden Bickerton, Assistant United States Attorney, Charleston, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying his motion for reconsideration of an earlier order granting his motion for a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(2) (1994). Appellant seeks a greater reduction in sentence. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Diaz D'Campo</u>, Nos. CR-90-232; CA-96-123-2-11 (D.S.C. Nov. 19, 1996). Additionally, we deny the Appellee's motion to dismiss. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2